Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEVON SHANE GIPSON,<br><br>Defendant. | No. CR18-132RAJ<br><br>ORDER TO SEAL |

The Court, having considered Defendant's Motion to Seal Exhibit 1 to his sentencing memorandum, and the reasons for sealing stated therein, and finding good cause, now GRANTS the motion (Dkt. #479) and ORDERS that Exhibit 1 to Defendant's sentencing memorandum be sealed.

DATED this 24th day of May, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1